# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS INGRAM,<br><br>　　　　　　Plaintiff.<br><br>　　v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-00395-LJO-SKO<br><br>**ORDER AFTER SETTLEMENT** |

On June 6, 2014, Defendant Hartford Life and Accident Insurance Company ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement. (Doc. 9.) Defendant indicated the parties are finalizing the settlement and anticipate its completion within 30 days.

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than July 7, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates. The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or on any party who violates this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated: **June 10, 2014**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE