1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

CURTIS INGRAM,

    Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendants.

Case No.  1:14-CV-00395 LJO SKO

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES**

   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter is dismissed with prejudice against all parties.  Each party is to bear her and its own attorneys' fees and costs.  The Clerk of Court is directed to close this case.

**SO ORDERED**
**Dated: June 17, 2014**

        **/s/ Lawrence J. O'Neill**
        **United States District Judge**

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES